Case 2:25-cv-00285-HYJ-MV   ECF No. 18,  PageID.391   Filed 04/20/26   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

WEST BEND INSURANCE COMPANY,

        Plaintiff,

v.

EXCEL FIRE PROTECTION COMPANY, INC.
and EASTWOOD NURSING CENTER OF
NEGAUNEE, INC.,

        Defendants.

Case No.: 2:25-cv-00285

Honorable Hala Y. Jarbou

Magistrate Judge Maarten Vermaat

| | |
|---|---|
| JASON R. FATHALLAH (MI P70434)<br>AMY J. SMITH (WI 1095174)<br>HUSCH BLACKWELL LLP<br>511 North Broadway, Ste. 1100<br>Milwaukee, WI 53202<br>(414) 273-2100<br>jason.fathallah@huschblackwell.com<br>amy.smith@huschblackwell.com<br><br>*Attorneys for Plaintiff West Bend Insurance Company* | CARLY A. ZAGAROLI (P79358)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Avenue NW, Ste. 1500<br>Grand Rapids, MI 49503<br>(616) 752-2789<br>czagaroli@wnj.com<br><br>ADRIENNE N. WOLF (P73016)<br>MOLLY P. OMBRELLO (P74411)<br>McDonald, Wolf, Ombrello & Marin, PLLC<br>115 S. Lakeshore Blvd., Suite A<br>Marquette, MI 49855<br>(906) 226-6537<br>Awolf@mcdonaldwolf.com<br>Mpombrello@mcdonaldwolf.com<br><br>*Attorneys for Defendant Excel Fire Protection Company, Inc.*<br><br>PHILLIP B. TOUTANT<br>NUMINEN, DEFORGE & TOUTANT, P.C.<br>105 Meeske Ave.<br>Marquette, MI 49855<br>(906) 226-2580<br>phillip@numinenlaw.com<br><br>*Attorneys for Defendant Eastwood Nursing Center of Negaunee, Inc.* |

**STIPULATED MOTION TO ADJOURN SCHEDULING CONFERENCE
AND STAY DEADLINES**

Plaintiff West Bend Insurance Company and Defendants Excel Fire Protection Company and Eastwood Nursing Center of Negaunee, Inc. (the "Parties"), together through counsel, jointly move this Court for an entry of an order adjourning the Rule 16 scheduling conference currently scheduled for April 27, 2026, and staying all case deadlines. In support of their stipulated motion, the Parties state as follows:

1.      This insurance declaratory judgment action arises out of an underlying Marquette County Circuit Court action, *Eastwood Nursing Center of Negaunee, Inc. v. Excel Fire Protection Company, Inc.*, Case No. 25-65424, that has now been resolved by the Parties.

2.      The Parties' underlying agreement contemplates the dismissal of this action; however, the filing of a stipulation of dismissal is contingent upon certain conditions precedent in the underlying action.

3.      The Parties anticipate that settlement in the underlying action will fully conclude within fourteen (14) days of this filing, and that a stipulation of dismissal in this lawsuit will be filed within that timeframe.

4.      In light of the underlying resolution and anticipated dismissal of this lawsuit, proceeding with the Rule 16 process and conference would be unnecessary at this time.

WHEREFORE, the Parties respectfully request that this Court:

A.      Adjourn the Rule 16 scheduling conference currently scheduled for April 27, 2026;

B.      Stay all case deadlines, including the requirement that the Parties file a Rule 16 joint report, for a period of at least fourteen (14) days;

C.      Permit the parties to file a stipulation of dismissal within fourteen days or alternatively require a joint status update within fourteen days if dismissal has not been filed within that timeframe.

Respectfully submitted,

Dated: April 20, 2026

/s/ Amy J. Smith (w/permission)
JASON R. FATHALLAH (MI P70434)
AMY J. SMITH (WI 1095174)
HUSCH BLACKWELL LLP
511 North Broadway, Ste. 1100
Milwaukee, WI 53202
(414) 273-2100
jason.fathallah@huschblackwell.com
amy.smith@huschblackwell.com

*Attorneys for Plaintiff West Bend Insurance Company*

/s/ Carly A. Zagaroli
CARLY A. ZAGAROLI (P79358)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Ste. 1500
Grand Rapids, MI 49503
(616) 752-2789
czagaroli@wnj.com

ADRIENNE N. WOLF (P73016)
MOLLY P. OMBRELLO (P74411)
McDonald, Wolf, Ombrello & Marin, PLLC
115 S. Lakeshore Blvd., Suite A
Marquette, MI 49855
(906) 226-6537
Awolf@mcdonaldwolf.com
Mpombrello@mcdonaldwolf.com

*Attorneys for Defendant Excel Fire Protection Company, Inc.*

/s/ Phillip B. Toutant (w/permission)
PHILLIP B. TOUTANT
NUMINEN, DEFORGE & TOUTANT, P.C.
105 Meeske Ave.
Marquette, MI 49855
 (906) 226-2580
phillip@numinenlaw.com

*Attorneys for Defendant Eastwood Nursing Center of Negaunee, Inc.*

3